## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 8:08CR140 |
| vs. | ) | |
| | ) | TRIAL ORDER |
| TERRY THOMAS, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motions for extension of time to file pretrial motions (#26) and to continue trial (#25). The court file shows that the defendant was previously granted a 30-day extension of time to May 30, 2008 in which to file pretrial motions. No substantive motions were filed, so the case was set for trial to commence July 1, 2008.

The court finds that the defendant has not shown good cause for the continuances requested and that the motions should be denied.

**IT IS ORDERED** that defendant's Motion to Continue Trial [25] and Motion for Extension of Time to File Pretrial Motions [26] is denied.

Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order" within ten (10) business days.

**DATED June 12, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**